DANIEL M. SHANLEY, Bar No. 6821
dshanley@deconsel.com
ALICE CHIH-MEI CHEN, Bar No. 9781
achen@deconsel.com
YAN GERSHFELD, Calif. Bar No. 251375
ygershfeld@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF NEVADA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS & ASSOCIATES MANUFACTURING, a Nevada Domestic Corporation, aka THOMAS AND ASSOCIATES MANUFACTURING; JOHN ROY THOMAS, an individual; MERCURY INSTALLATION SERVICES, INC., a Nevada Domestic Corporation; FIESTA PALMS, LLC, a Domestic Limited Liability Company, doing business as PALMS CASINO RESORT, and also doing business as PALMS HOTEL & CASINO; PALMS PLACE, LLC, doing business as PALMS CASINO RESORT, and also doing business as PALMS HOTEL & CASINO; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:09-cv-02202-GMN-PAL<br><br>ORDER FOR ENTRY OF DEFAULT JUDGMENT AND JUDGMENT<br><br>Before the Honorable Gloria M. Navarro<br><br>DATE:<br>TIME:<br>CTRM: |

This case came before the Honorable Gloria M. Navarro, United States District Court Judge.

It appearing that defendant, THOMAS & ASSOCIATES MANUFACTURING, a Nevada Domestic Corporation, aka THOMAS AND ASSOCIATES MANUFACTURING, ("DEFENDANT") having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST THOMAS & ASSOCIATES MANUFACTURING, a Nevada Domestic Corporation, aka THOMAS AND ASSOCIATES MANUFACTURING:</u>

| | | |
|---|---|---|
| 1. | Unpaid contributions | $124,855.25 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to June 25, 2010 (accruing at $24.27 per day) | $17,027.70 |
| 3 | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | $17,027.70 |
| GRAND TOTAL | | $158,910.65 |
| 4. | Plus costs to be determined after entry of judgment. | |

5.  Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _ .30 _% per annum.

## AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF AGAINST AGAINST THOMAS & ASSOCIATES MANUFACTURING, a Nevada Domestic Corporation, aka THOMAS AND ASSOCIATES MANUFACTURING:

| | | |
|---|---|---:|
| 1. | Balance on Settlement | $140,167.97 |
| 2. | Interest on the balance from December 25, 2008 to June 25, 2010 (accruing at $38.94 per day or 10% per annum) | $22,354.05 |
| | GRAND TOTAL | $162,522.02 |

3.  Plus costs to be determined after entry of judgment.

4.  Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _ .30 _% per annum.

DATED: July 1, 2010.

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: _____
YAN GERSHFELD
Attorney for Plaintiffs