DANIEL M. SHANLEY, Bar No. 6821
dshanley@deconsel.com
GARRISON H. DAVIDSON, Calif. Bar No. 157426
gdavidson@deconsel.com
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Plaintiffs, Carpenters Southwest
Administrative Corporation and Board of
Trustees for the Carpenters Southwest Trusts

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS & ASSOCIATES MANUFACTURING, a Nevada Domestic Corporation, aka THOMAS AND ASSOCIATES MANUFACTURING; JOHN ROY THOMAS, an individual; MERCURY INSTALLATION SERVICES, INC., etc., et al.<br><br>Defendants. | CASE NO. 2:09-cv-02202-GMN-PAL<br><br>ORDER FOR PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a), WITHOUT PREJUDICE, AS TO:<br><br>JOHN R. THOMAS, an individual;<br><br>*and*<br><br>MERCURY INSTALLATION SERVICES, INC., a Nevada Domestic Corporation<br><br>Complaint Filed:  November 17, 2009<br><br>Assigned to the Honorable Gloria M. Navarro |

**ORDER**

IT IS HEREBY ORDERED that defendants, JOHN R. THOMAS, an individual; *and* MERCURY INSTALLATION SERVICES, INC., a Nevada Domestic Corporation, are hereby dismissed from the above captioned action,

///

1  without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

   **DATED** this 29th day of December, 2011.

   _____
   Gloria M. Navarro
   United States District Judge

7  Presented by:
   DeCARLO, CONNOR & SHANLEY
8  a Professional Corporation

10 By: _____
        DANIEL M. SHANLEY
11 Attorneys for Plaintiffs, Carpenters Southwest
   Administrative Corporation and Board of
12 Trustees for the Carpenters Southwest Trusts

2